IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-159 JJF |
| TARREL ANDERSON, | : | |
| Defendant. | : | |

### ORDER

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **January 25, 2008 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

December 11, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
DEC 11
U.S. DISTRICT COURT
DISTRICT OF DELAWARE