IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,              : | |
| :                                                            | |
| Plaintiff,                                   :              | |
| :                                                            | |
| v.                                               :        | Criminal Action No. 07-159 JJF |
| :                                                            | |
| TARREL ANDERSON,                        :              | |
| :                                                            | |
| Defendant.                                 :            | |

### O R D E R

WHEREAS, the Court scheduled a Rule 17.1 Conference for January 25, 2008 in the above-captioned matter;

WHEREAS, the Court has been notified that a Memorandum of Plea Agreement has been reached;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **February 14, 2008 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between January 25, 2008 and February 14, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

January 31, 2008
DATE

UNITED STATES DISTRICT JUDGE



FILED
FEB 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE