IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-159-JJF |
| | : | |
| TARREL ANDERSON, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR RESCHEDULING OF SENTENCING**

Defendant, Tarrel Anderson, by and through his undersigned counsel, Keir Bradford, hereby moves the Court for an Order continuing the sentencing hearing in this case.

In support of this motion, the defense submits as follows:

1. On November 9, 2007, Mr. Anderson was charged with a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2. Tarrel Anderson is currently scheduled for sentencing on May 21, 2008 at 11:00a.m.

3. Defense counsel is scheduled to be out of the office from May 21, 2008 - May 25, 2008, attending the United States Sentencing Guidelines Commission Conference in Orlando, Florida.

4. Defense counsel respectfully requests that Mr. Anderson's sentencing be rescheduled to a date that is convenient with the Court.

5. Shawn Martyniak, Assistant United States Attorney, does not oppose this request.

**WHEREFORE**, Mr. Anderson respectfully requests that the Court continue the sentencing hearing in this matter a date earlier than May 21, 2008.

Respectfully submitted,

/s/
Keir Bradford, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
Attorney for Defendant Tarrel Anderson

DATED:   March 27, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-159-JJF |
| TARREL ANDERSON, | : | |
| Defendant. | : | |

## **ORDER**

In response to Defendant's Motion for Rescheduling of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

 

The Honorable Joseph J. Farnan, Jr.
United States District Court