## FEDERAL PUBLIC DEFENDER
### DISTRICT OF DELAWARE

EOSON A. BOSTIC
FEDERAL PUBLIC OEFENDER

ONE CUSTOMS HOUSE
704 KING STREET, SUITE 110
WILMINGTON, DELAWARE 19801
(302) 573-6010 (TELEPHONE)
(302) 573-6041 (FAX)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

March 27, 2008

Honorable Joseph J. Farnan, Jr.
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

RECEIVED MAR 27 2008

Re: *United States v. Tarrel Anderson*
    **Criminal Action No.: 07-159-JJF**
    **Our File No.: 2008-00044**

Dear Judge Farnan:

I am writing to request a new sentencing date in the above-captioned case. I will be unavailable on the current date of May 21, 2008, attending a conference in Orlando Florida. I would like to reschedule this matter to the morning of May 20, 2008. If that date is not available, I would respectfully ask to reschedule the sentencing hearing to a date, convenient with the Court's schedule. I have contacted Assisted United States Attorney, Mr. Shawn Martyniak, who does not oppose this request.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

Keir Bradford
Assistant Federal Defender

Enclosures