IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-159-JJF |
| TARREL ANDERSON, | : |
| Defendant. | : |

### ORDER

In response to Defendant's Motion for Rescheduling of Sentencing, this Court HEREBY ORDERS on this __28__ day of __March__, 2008, that Defendant's sentencing hearing be re-scheduled for the __20__ day of __May__, 2008 at __10:00__ a.m./~~p.m.~~

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court

FILED
MAR 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE